UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| THI HA MIN THU,<br><br>*Petitioner*,<br><br>v.<br><br>MARY DE ANDA-YBARRA, FIELD OFFICE DIRECTOR OF ENFORCEMENT AND REMOVAL OPERATIONS, EL PASO FIELD OFFICE, IMMIGRATION AND CUSTOMS ENFORCEMENT; TODD M. LYONS, ACTING DIRECTOR, IMMIGRATION AND CUSTOMS ENFORCEMENT, U.S. DEPARTMENT OF HOMELAND SECURITY; KRISTI NOEM, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY; DEPARTMENT OF HOMELAND SECURITY; DAREN K. MARGOLIN, DIRECTOR, EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; EXECUTIVE OFFICE FOR IMMIGRATION REVIEW; PAMELA JO BONDI, ATTORNEY GENERAL OF THE UNITED STATES; and WARDEN OF ERO EL PASO CAMP EAST MONTANA,<br><br>*Respondents*. | No. 3:26-CV-00186-LS |

## ORDER DISMISSING CASE

Upon consideration of Petitioner Thi Ha Min Thu's notice of voluntary dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

---

[1] ECF No. 5.

2

**SIGNED** and **ENTERED** on February 12, 2026.

                                                    **LEON SCHYDLOWER**
                                                    **UNITED STATES DISTRICT JUDGE**